Brian H. Kim  (State Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave, Suite 517
Berkeley, CA 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com

Jonathan M. Feigenbaum (State Bar Cal. No. 163208)
LAW OFFICES OF JONATHAN M. FEIGENBAUM
184 High Street, Suite 503
Boston, MA 02110
Phone: (617) 357-9700
Fax: (617) 227-2843
Email: jonathan@erisaattorneys.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA COLEMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & CO. VOLUNTARY ACCIDENTAL DEATH INSURANCE PLAN, WELLS FARGO & COMPANY,<br><br>　　　　　Defendant. | Case No.: 4:22-cv-08608-DMR<br><br>**JOINT STIPULATION AND ORDER DISMISSING DEFENDANTS WELLS FARGO & CO. VOLUNTARY ACCIDENTAL DEATH INSURANCE PLAN AND WELLS FARGO & COMPANY WITHOUT PREJUDICE** |

## JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 21, the parties stipulate to dismiss, without prejudice, named Defendants Wells Fargo & Co. Voluntary Accidental Death Insurance Plan (the "Plan") and Wells Fargo & Company ("Wells Fargo").  As grounds for this stipulation, the parties agree that the Plan in this case is insured by Defendant Metropolitan Life Insurance Company ("MetLife") and that MetLife is responsible for payment of all sums that may be ordered by the court to Plaintiff under Group Policy Number 164933-1-G and all sums that may be ordered payable by the court to Plaintiff arising from the allegations set forth in the Complaint. Nothing in this stipulation is intended to waive any party's right to appeal. The parties further agree that MetLife will not assert failure to name the Plan or Wells Fargo as a defense in this matter.

IT IS SO STIPULATED.

Dated:  May 3, 2023

BOLT KEENLEY KIM LLP

By:  /s/ Brian H. Kim
Brian H. Kim

LAW OFFICES OF JONATHAN M. FEIGENBAUM

/s/ Jonathan M. Feigenbaum
Jonathan M. Feigenbaum

Attorneys for Plaintiff

Dated:  May 3, 2023

GORDON REES SCULLY
MANSUKHANI, LLP

By:  /s/ Ronald K. Alberts
Ronald K. Alberts

Case No.: 4:22-cv-08608-DMR    2    JOINT STIPULATION AND ORDER DISMISSING DEFENDANTS WELLS FARGO & CO. VOLUNTARY ACCIDENTAL DEATH INSURANCE PLAN AND WELLS FARGO & COMPANY WITHOUT PREJUDICE

Attorneys for METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & CO. VOLUNTARY ACCIDENTAL DEATH INSURANCE PLAN, and WELLS FARGO & COMPANY

**ORDER**

Pursuant to the parties' stipulation and good cause showing, Defendants Wells Fargo & Co. Voluntary Accidental Death Insurance Plan and Wells Fargo & Company are dismissed from this action without prejudice.

**IT IS SO ORDERED.**

Dated:  May 9, 2023

Hon. Donna M. Ryu
Chief Magistrate Judge