Brian H. Kim  (State Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave, Suite 517
Berkeley, CA 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com

Jonathan M. Feigenbaum (State Bar Cal. No. 163208)
LAW OFFICES OF JONATHAN M. FEIGENBAUM
184 High Street, Suite 503
Boston, MA 02110
Phone: (617) 357-9700
Fax: (617) 227-2843
Email: jonathan@erisaattorneys.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA COLEMAN,<br><br>  Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & CO. VOLUNTARY ACCIDENTAL DEATH INSURANCE PLAN, WELLS FARGO & COMPANY,<br><br>  Defendant. | Case No.: 4:22-cv-08608-DMR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PRIVATE ADR DEADLINE, BRIEFING DEADLINES AND HEARING DATE ON CROSS-MOTIONS FOR JUDGMENT** |

Case No.: 4:22-cv-08608-DMR                     1                          JOINT STIPULATION AND
                                                                            [PROPOSED] ORDER EXTENDING
                                                                            PRIVATE ADR DEADLINE,
                                                                            BRIEFING DEADLINES AND
                                                                            HEARING DATE ON CROSS-
                                                                            MOTIONS FOR JUDGMENT

## JOINT STIPULATION

**IT IS HEREBY STIPULATED**, pursuant to Local Rules 5 and 6-1(a), by and between Plaintiff ALICIA COLEMAN ("Plaintiff") and Defendant METROPOLITAN LIFE INSURANCE COMPANY ("Defendant"), through their respective counsel of record, as follows:

1. On May 19, 2023, the Court's Minute Entry set the following deadlines: a) private ADR to be completed by September 15, 2023; b) Cross-motions for judgment under FRCP 52 to be filed by November 9, 2023; c) deadline for Opposition Briefs (no Replies) to be filed by November 30, 2023; and d) hearing on cross-motions scheduled for December 15, 2023 at 1:00pm. Doc. #25.

2. The parties have attempted in good faith to schedule a mediation with private mediator Scott Maker, but have been unable to schedule a mediation until November 15, 2023 (after the current deadline for the parties' cross-motions for judgment) due to the availability of the parties and of Mr. Maker.

3. To conserve party resources for settlement and to enable the party sufficient opportunity to work in good faith on resolution of this case prior to the filing of cross-motions for judgment, the parties have agreed to extend the deadlines to complete private ADR from September 15, 2023 to November 30, 2023 and to extend the deadlines and the hearing for the cross-motions for judgment under FRCP 52 to the following dates: a) the deadline to file Cross-motions for judgment under FRCP 52 to be continued to January 18, 2024; b) the deadline to file Opposition Briefs (no Replies) to be continued to February 8, 2024; and c) the hearing on cross-motions to be continued to February 22, 2024 at 1:00pm.

4. Good cause for this extension exists as the parties are working on resolution of this case and trying to preserve resources for settlement.

**IT IS SO STIPULATED.**

Dated:  October 4, 2023

                                              BOLT KEENLEY KIM LLP

                                              By:  /s/ Brian H. Kim
                                              Brian H. Kim

                                              LAW OFFICES OF JONATHAN M. FEIGENBAUM

                                              /s/ Jonathan M. Feigenbaum
                                              Jonathan M. Feigenbaum

                                              Attorneys for Plaintiff

Dated:  October 4, 2023

                                              GORDON REES SCULLY
                                              MANSUKHANI, LLP

                                              By:  /s/ Ronald K. Alberts
                                              Ronald K. Alberts

                                              Attorneys for Defendant METROPOLITAN LIFE INSURANCE COMPANY

## [~~PROPOSED~~] ORDER

For good cause shown, the following case deadlines and hearing dates shall be continued as follows:  a) the deadline to complete private ADR shall be continued from September 15, 2023 to November 30, 2023; 2) the deadline for the parties to file cross-motions for judgment under FRCP 52 shall be continued from November 9, 2023 to January 18, 2024; c) the deadline for the parties to file Opposition Briefs (no Replies) shall be continued from November 30, 2023 to February 8, 2024; and d) the hearing on the parties' cross-motions shall be continued from December 15, 2023 at 1:00pm to February 22, 2024.

**IT IS SO ORDERED.**

Dated: <u>     Oct. 17     </u>, 2023

_____
Hon. Donna M. Ryu
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*