Brian H. Kim  (State Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave, Suite 517
Berkeley, CA 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com

Jonathan M. Feigenbaum (State Bar Cal. No. 163208)
LAW OFFICES OF JONATHAN M. FEIGENBAUM
184 High Street, Suite 503
Boston, MA 02110
Phone: (617) 357-9700
Fax: (617) 227-2843
Email: jonathan@erisaattorneys.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA COLEMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & CO. VOLUNTARY ACCIDENTAL DEATH INSURANCE PLAN, WELLS FARGO & COMPANY,<br><br>　　　　Defendant. | Case No.: 4:22-cv-08608-DMR<br><br>**JOINT STIPULATION AND ORDER (AS MODIFIED) EXTENDING BRIEFING DEADLINES AND HEARING DATE ON CROSS-MOTIONS FOR JUDGMENT** |

# JOINT STIPULATION

**IT IS HEREBY STIPULATED**, pursuant to Local Rules 5 and 6-1(a), by and between Plaintiff ALICIA COLEMAN ("Plaintiff") and Defendant METROPOLITAN LIFE INSURANCE COMPANY ("Defendant"), through their respective counsel of record, as follows:

1. On May 19, 2023, the Court's Minute Entry set the following deadlines: a) private ADR to be completed by September 15, 2023; b) Cross-motions for judgment under FRCP 52 to be filed by November 9, 2023; c) deadline for Opposition Briefs (no Replies) to be filed by November 30, 2023; and d) hearing on cross-motions scheduled for December 15, 2023 at 1:00pm. Doc. #25.

2. On October 4, 2023, the parties, through their respective counsel, stipulated to extend the deadlines and the hearing for the cross-motions for judgment under FRCP 52 to the following dates: a) the deadline to file Cross-motions for judgment under FRCP 52 to be continued to January 18, 2024; b) the deadline to file Opposition Briefs (no Replies) to be continued to February 8, 2024; and c) the hearing on cross-motions to be continued to February 22, 2024 at 1:00 pm. Doc. #43. On October 17, 2023, the Court entered an Order extending the deadlines pursuant to the parties' stipulation. Doc. #45.

3. On December 7, 2023, following the hearing on Plaintiff's Motion for Leave to Serve a subpoena for documents on the Oregon State Police—Forensic Services Division ("OSP-FSD"), the Court granted Plaintiff's motion, stating that OSP-FSD would have 30 days to file a motion to quash from the date of service. Doc. #50. At the hearing of Plaintiff's Motion, the Court advised the parties to meet and confer to extend deadlines in light of the Court's Order, in order to permit the parties to obtain expert analysis of the documents requested by the OSP-FSD subpoena prior to briefing on the merits.

4. The parties have conferred in good faith and have agreed to extend the deadlines and the hearing for the cross-motions for judgment under FRCP 52 to the following dates: a) the deadline to file Cross-motions for judgment under FRCP 52 to be continued from January 18, 2024 to June 20, 2024; b) the deadline to file Opposition Briefs (no Replies) to be continued

from February 8, 2024 to July 11, 2024; and c) the hearing on cross-motions to be continued to February 22, 2024 at 1:00 pm. to July 25, 2024.

    5.    Good cause for this extension exists as the extension would enable the parties to conduct sufficient expert analysis of the documents requested by the OSP-FSD subpoena prior to the briefing on the merits, as the parties have opposing views on the admissibility and relevance of the documents requested by the OSP-FSD subpoena.

**IT IS SO STIPULATED.**

Dated:  December 19, 2023

        BOLT KEENLEY KIM LLP

        By:  /s/ Brian H. Kim
        Brian H. Kim

        LAW OFFICES OF JONATHAN M. FEIGENBAUM

        /s/ Jonathan M. Feigenbaum
        Jonathan M. Feigenbaum

        Attorneys for Plaintiff

Dated:  December 19, 2023

        GORDON REES SCULLY MANSUKHANI, LLP

        By:  /s/ Ronald K. Alberts
        Ronald K. Alberts

        Attorneys for Defendant METROPOLITAN LIFE INSURANCE COMPANY

**ORDER (AS MODIFIED)**

For good cause shown, the following case deadlines and hearing dates shall be continued as follows:  a) the deadline for the parties to file cross-motions for judgment under FRCP 52 shall be continued from January 18, 2024 to June 20, 2024;  b) the deadline for the parties to file Opposition

Briefs (no Replies) shall be continued from February 8, 2024 to July 11, 2024; and c) the hearing on the parties' cross-motions shall be continued from February 22, 2024 at 1:00 pm to July 25, 2024 at 1:00 pm in Oakland, - Videoconference only before Chief Magistrate Judge Donna M. Ryu. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/**.

**IT IS SO ORDERED.**

Dated:  December 28, 2023

_____
Hon. Donna M. Ryu
United States Chief Magistrate Judge

Case No.: 4:22-cv-08608-DMR     4     JOINT STIPULATION AND ORDER (AS MODIFIED) EXTENDING BRIEFING DEADLINES AND HEARING DATE ON CROSS-MOTIONS FOR JUDGMENT