Brian H. Kim  (State Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave, Suite 517
Berkeley, CA 94705
Phone: (510) 225-0696
Fax: (510) 225-1095
Email: bkim@bkkllp.com

Jonathan M. Feigenbaum (State Bar Cal. No. 163208)
LAW OFFICES OF JONATHAN M. FEIGENBAUM
184 High Street, Suite 503
Boston, MA 02110
Phone: (617) 357-9700
Fax: (617) 227-2843
Email: jonathan@erisaattorneys.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA COLEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 4:22-cv-08608-DMR<br><br>***STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE*** |

    Following the settlement of this matter, Plaintiff Alicia Coleman and Defendant Metropolitan Life Insurance Company, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated: July 23, 2024

        BOLT KEENLEY KIM LLP

        By: /s/ Brian H. Kim
        Brian H. Kim

        LAW OFFICES OF JONATHAN M. FEIGENBAUM

        /s/ Jonathan M. Feigenbaum
        Jonathan M. Feigenbaum

        Attorneys for Plaintiff

Dated: July 23, 2024

        GORDON REES SCULLY MANSUKHANI, LLP

        By: /s/ Ronald K. Alberts
        Ronald K. Alberts

        Attorneys for Defendant
        METROPOLITAN LIFE INSURANCE COMPANY

## ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 4:22-cv-08608-DMR is dismissed in its entirety, with prejudice, and with each party to bear its own fees, costs, and expenses in this matter.

IT IS SO ORDERED.

Dated: July 24, 2024

        _____
        Hon. Donna M. Ryu
        Magistrate Judge

(Seal: IT IS SO ORDERED / Judge Donna M. Ryu / United States District Court, Northern District of California)